RECEIVED
JUN 30 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KALOB LAFOSSE | *CIVIL NO. 6:16-0364 |
| VERSUS | *JUDGE DOHERTY |
| ANADARKO PETROLEUM CORP., ET AL. | *MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that **within fourteen (14) days** of this date, Kalob Lafosse may amend his complaint to state a valid claim against Magnolia Torque and Testing, Inc. for damages **other than** the remedies afforded under the benefits provisions of the LHWCA. If such a claim cannot be made within the parameters of Fed.R.Civ.P. 11, **within fourteen (14) days** of this date, plaintiff shall dismiss his claims against Magnolia Torque and Testing, Inc. lest he be subject to sanctions under that rule.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [rec. doc. 7] is **denied without prejudice** to Magnolia Torque and Testing, Inc.'s right to re-assert the motion after amendment.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _30_ day of _June_, 2016.

*[Signature]*
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE