UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KALOB LAFOSSE                      CIVIL ACTION NO. 6:16-cv-00364

VERSUS                             JUDGE W. EUGENE DAVIS

ANADARKO PETROLEUM                 MAGISTRATE JUDGE HANNA
CORPORATION, ET AL

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Anadarko Petroleum Corporation's motion for partial summary judgment [Rec. Doc. 38] is GRANTED, consistent with the report and recommendation.

Lafayette, Louisiana, this 20th day of March, 2018.


_____
W. EUGENE DAVIS
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION